UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
AIDAVEL LOZANO LAIGO,              )
                                    )
                    Plaintiff,      )   No. C04-1922L
        v.                          )
                                    )   ORDER STRIKING MOTIONS
DEPARTMENT OF SOCIAL AND HEALTH    )
SERVICES,                           )
                                    )
                    Defendant.      )
_____)

This matter comes before the Court on plaintiff's fifteenth motion for summary judgment and various other documents filed on February 22, 2005. Dkt. # 53-57. The above-captioned matter was dismissed and judgment entered against plaintiff and in favor of defendants on February 14, 2005. Dkt. # 50 and 51. Plaintiff has since filed five documents in this case, one of which simply repeats her demand that the Court enter judgment in the amount of $5,000,000 against defendants and the others attempting to "rebut" prior Court orders.

Because this matter has been finally resolved and there is no indication that plaintiff has any evidence or arguments that could justify reconsideration or the reopening of the case, it is hereby ORDERED that the following documents are stricken:

Motion for a Summary Judgement Favoring the Plaintiff (Dkt. # 53)

Rebuttal to Order Pending Motion (Dkt. # 54)

Rebuttal to Judgment in a Civil Case (Dkt. # 55)

ORDER DENYING PLAINTIFF'S MOTIONS
FOR SUMMARY JUDGMENT

Rebuttal to Order Denying Motion for a Summary Judgment by the Plaintiff (Dkt. # 56)

Rebuttal to Order Granting United State[s] of America Motion to Dismiss and Directing Entry of Judgment (Dkt. # 57).

Defendants need not respond to any of the above-listed documents.  Neither the Clerk of Court nor the Court itself will take any further action on or consider the contents of these motions.

DATED this 8th day of April, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S MOTIONS
FOR SUMMARY JUDGMENT                -2-