UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
AIDAVEL LOZANO LAIGO,       )
                            )
              Plaintiff,    )   No. C04-1922L
     v.                     )
                            )   SECOND ORDER STRIKING
DEPARTMENT OF SOCIAL AND HEALTH ) MOTIONS
SERVICES,                   )
                            )
              Defendant.    )
_____)

This matter comes before the Court on plaintiff's sixteenth motion for summary judgment and a "rebuttal" to the Court's first order striking motions. Dkt. # 60 and 61. The above-captioned matter was dismissed and judgment entered against plaintiff and in favor of defendants on February 14, 2005. Dkt. # 50 and 51. Because this matter has been finally resolved, because plaintiff continues to espouse legal theories that are untenable, and because the Court has ample authority to control its docket,[1] it is hereby ORDERED that the following documents are stricken:

---

[1] The Court has authority under Local General Rule 3(d) to sanction a party who "presents to the court unnecessary motions or unwarranted opposition . . ., or who otherwise so multiplies or obstructs the proceedings in a case as to increase the cost thereof unreasonably and vexatiously." GR 3(d); Cf. 28 U.S.C. § 1927. Federal Rule of Civil Procedure 11 also provides a basis for sanctions where "a filing is frivolous, legally unreasonable, or without factual foundation, or is brought for an improper purpose." Estate of Blue v. County of Los Angeles, 120 F.3d 982, 985 (9th Cir. 1997). *Pro se* litigants, such as plaintiff, are subject to sanctions for litigation abuses. Warren v. Guelker, 29 F.3d 1386, 1390 (9th Cir. 1994).

SECOND ORDER STRIKING MOTIONS

     Motion for a Summary Judgement Favoring the Plaintiff (Dkt. # 60)

     Rebuttal to Order Striking Motions (Dkt. # 61).

Defendants need not respond to the above-listed documents. Neither the Clerk of Court nor the Court itself will take any further action on or consider the contents of these motions. Plaintiff is advised that the filing of any other papers or motions in this case, with the exception of papers related to an appeal to the Ninth Circuit, may result in sanctions.

     DATED this 22nd day of April, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

SECOND ORDER STRIKING MOTIONS    -2-